UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES N. DORNFEST, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BANK OF AMERICA CORPORATION, MERRILL LYNCH & CO, INC., KENNETH D. LEWIS, JOE L. PRICE, NEIL A. COTTY, JOHN A. THAIN, WILLIAM BARNET III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, CHARLES K. GIFFORD, MONICA C. LOZANO, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M RYAN, O. TEMPLE SLOAN, JR., MEREDITH R. SPANGLER, ROBERT L. TILLMAN, and JACKIE M. WARD,<br><br>                    Defendants. | Civil Action No. 10-cv-00275 (DC) |

**MOTION BY CHARLES DORNFEST FOR APPOINTMENT OF LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that proposed lead plaintiff Charles Dornfest will and hereby does move this Court, before the Honorable Denny Chin, United States District Judge for the Southern District of New York, in Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an Order (1) appointing Charles Dornfest as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 for a class of Bank of America option investors; and (2) approving Charles

Dornfest's selection of Bragar Wexler Eagel & Squire, P.C., as lead counsel for that class.

In support of this motion, Charles Dornfest submits the accompanying Memorandum of Law and the Declaration of Raymond A. Bragar.

Dated: March 15, 2010
      New York, NY

                                   BRAGAR WEXLER EAGEL
                                      & SQUIRE, P.C.

                                   By:__/s/ Jeffrey H. Squire_____
                                   Jeffrey H. Squire (JS 8910)
                                   Raymond A. Bragar (RB 1780)
                                   885 Third Avenue, Suite 3040
                                   New York, New York 10022
                                   (212) 308-5858 (ph)
                                   (212) 486-0462 (fax)
                                   squire@bragarwexler.com