UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES N. DORNFEST, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>BANK OF AMERICA CORPORATION, MERRILL LYNCH & CO, INC., KENNETH D. LEWIS, JOE L. PRICE, NEIL A. COTTY, JOHN A. THAIN, WILLIAM BARNET III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, CHARLES K. GIFFORD, MONICA C. LOZANO, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M RYAN, O. TEMPLE SLOAN, JR., MEREDITH R. SPANGLER, ROBERT L. TILLMAN, and JACKIE M. WARD,<br><br>　　　　　　　　　Defendants. | Civil Action No. 10-cv-00275 (DC) |

## CERTIFICATE OF SERVICE

　　　I, Raymond A. Bragar, certify that copies of the Motion by Charles Dornfest for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel, the accompanying Memorandum of Law in Support of Motion by Charles Dornfest for Appointment of Lead Plaintiff and Lead Counsel, and the accompanying Declaration of Raymond A. Bragar were filed on ECF and e-mailed to the individuals on the attached service list on March 15, 2010, with the exception (as noted) of counsel for Patrick E. Catalano, who were sent a copy of these filings by U.S. Mail on March 15, 2010.

Dated: March 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　　/s/　Raymond A. Bragar
　　　　　　　　　　　　　　　　　　　　　　　　Raymond A. Bragar (RB 1780)
　　　　　　　　　　　　　　　　　　　　　　　　Bragar Wexler Eagel & Squire, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　885 Third Avenue, Suite 3040
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 308-5858
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 485-0462

SERVICE LIST

BY EMAIL:

William Bernard Federman, Esq.
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, Oklahoma 73102
wbf@federmanlaw.com

*Attorneys for Plaintiff Michael R. Bahnmaier*


Samuel Howard Rudman, Esq.
David Avi Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins, LLP (LI)
58 South Service Road, Suite 200
Melville, New York 11747
srudman@csgrr.com
drosenfeld@csgrr.com

*Attorneys for Plaintiff Iron Workers of Western Pennsylvania Pension Plan*


Robert N. Kaplan, Esq.
Fredric S. Fox, Esq.
Joel B. Strauss, Esq.
Donald R. Hall, Esq.
Hae Sung Nam, Esq.
Melinda Rodon, Esq.
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
rkaplan@kaplanfox.com
ffox@kaplanfox.com
jstrauss@kaplanfox.com
dhall@kaplanfox.com
hnam@kaplanfox.com
mrodon@kaplanfox.com

Max W. Berger, Esq.
Steven B. Singer, Esq.
Gerald H. Silk, Esq.
Hannah G. Ross, Esq.
Boaz A. Weinstein, Esq.

Ann Lipton, Esq.
John J. Rizio-Hamilton, Esq.
Katherine M. Sinderson, Esq.
BERNSTEIN, LITOWITZ, BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019
mwb@blbglaw.com
steven@blbglaw.com
jerry@blbglaw.com
hannah@blbglaw.com
boaz@blbglaw.com
ann@blbglaw.com
johnr@blbglaw.com
katherinem@blbglaw.com

Gregory M. Castaldo, Esq.
David Kessler, Esq.
Sean M. Handler, Esq.
Darren J. Check, Esq.
Sharan Nirmul, Esq.
Jennifer L. Joost, Esq.
Joshua E. D'Ancona
Richard A. Russo, Jr., Esq.
BARROWAY TOPAZ KESSLER MELTZER &
CHECK LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
gcastaldo@btkmc.com
dkessler@btkmc.com
shandler@btkmc.com
dcheck@btkmc.com
snirmul@btkmc.com
jjoost@btkmc.com
jdancona@btkmc.com
rrusso@btkmc.com

*Plaintiffs' Lead Counsel for Consolidated Securities Class Action*

Robert I. Harwood, Esq.
Peter W. Overs, Jr., Esq.
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, New York 10022

rharwood@hfesq.com
povers@hfesq.com

Lee Squitieri, Esq.
Stephen John Fearon Jr, Esq.
Caitlin Duffy, Esq.
Garry Thomas Stevens Jr., Esq.
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
lee@sfclasslaw.com
stephen@sfclasslaw.com
caitlin@sfclasslaw.com
garry@sfclasslaw.com

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
Nick Styant-Browne, Esq.
HAGENS BERMAN STOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
andrew@hbsslaw.com
nick@hbsslaw.com

*Plaintiffs' Lead Counsel for Consolidated ERISA Action*


Lewis Kahn, Esq.
Albert M. Myers, Esq.
Kevin Oufnac, Esq.
KAHN SWICK & FOTI LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
lewis.kahn@kgscounsel.com
albert.myers@kgscounsel.com
kevin.oufnac@kgscounsel.com

Michael Swick, Esq.
12 East 41st Street, 12th Floor
New York, New York 10017
michael.swick@kgscounsel.com

Maya Saxena, Esq.
Joseph E. White III, Esq.

Christopher S. Jones, Esq.
Lester R. Hooker, Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
msaxena@saxenawhite.com
jwhite@saxenawhite.com
cjones@saxenawhite.com
lhooker@saxenawhite.com

*Plaintiffs' Lead Counsel for Consolidated Derivative Action*


Eric M. Roth
Peter C Hein
Andrew Crawford Houston
Jonathan Ezra Goldin
Keola Robert Whittaker
Rodman Kerr Forter
Stephen Christopher Szczerban
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York , NY 10019
EMRoth@wlrk.com
PCHein@wlrk.com
achouston@wlrk.com
jgoldin@wlrk.com
krwhittaker@wlrk.com
rkforter@wlrk.com
scszczerban@wlrk.com

Richard W. Clary, Esq.
Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
rclary@cravath.com
jnorth@cravath.com

Lawrence Portnoy, Esq.
Charles S. Duggan, Esq.
Douglas K. Yatter, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

lawrence.portnoy@davispolk.com
charles.duggan@davispolk.com
douglas.yatter@davispolk.com

Andrew Levander, Esq.
David Hoffner, Esq.
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Andrew.Levander@dechert.com
David.Hoffner@dechert.com

Stuart Baskin, Esq.
Adam S. Hakki, Esq.
Herbert S. Washer, Esq.
Terence Gilroy, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
sbaskin@shearman.com
ahakki@shearman.com
herbert.washer@shearman.com
terence.gilroy@shearman.com

Jennie Boehm Krasner, Esq.
DECHERT LLP
P.O. Box 5218
Princeton, New Jersey 08540
Jennie.krasner@dechert.com

Richard C. Pepperman II, Esq.
Tracy Richelle High, Esq.
Jennifer Margaret Sheinfeld, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
peppermanr@sullcrom.com
hight@sullcrom.com
sheinfeldj@sullcrom.com

Richard D. Bernstein, Esq.
Michael Steven Schachter, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
rbernstein@willkie.com

mschachter@willkie.com

Lewis J. Liman, Esq.
Mitchell A. Lowenthal, Esq.
Shawn Joseph Chen, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
1 Liberty Plaza
New York, New York 10006
lliman@cgsh.com
mlowenthal@cgsh.com
schen@cgsh.com

Jonathan D. Polkes, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
jonathan.polkes@weil.com

Daniel C. Zinman, Esq.
David W.T. Daniels, Esq.
Ryan E. Mensing, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
dzinman@rkollp.com
ddaniels@rkollp.com
rmensing@rkollp.com

James N. Benedict, Esq.
Sean M. Murphy, Esq.
Andrew W. Robertson, Esq.
Michael B. Weiner, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
jbenedict@milbank.com
smurphy@milbank.com
arobertson@milbank.com
mweiner@milbank.com

David William Tod Daniels, Esq.
Daniel C Zinman, Esq.
SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
ddaniels@rkollp.com

dzinman@rkollp.com

*Attorneys for Defendants*


BY U.S. MAIL:

Mark Adams Poppett, Esq.
Catalano & Catalano
655 West Broadway
San Diego, California 92101
Phone 619-233-3565
Fax 619-233-9841

Patrick Earl Catalano, Esq.
Catalano & Catalano
One Embarcadero Center
San Francisco, California 94111
Phone 415-788-0207
Fax 415-447-0066

*Attorneys for Plaintiff Patrick E. Catalano*