UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLES N. DORNFEST, individually and on behalf of all others similarly situated, | : : : : | Civil Action No. 10-cv-0275 (DC) |
| Plaintiff, | : : | |
| v. | : : | |
| BANK OF AMERICA CORPORATION, et al. | : : : | |
| Defendants. | : : | |
| KENNETH A. CIULLO AND JOANNA CIULLO as JTWROS, | : : | Civil Action No. 1:10-cv-1673 (DC) |
| Plaintiffs, | : : | |
| v. | : : | |
| BANK OF AMERICA CORPORATION, et al. | : : : | |
| Defendants. | : : | |

# CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the following documents:

- Lead Plaintiffs' Memorandum of Law in Opposition to Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel Filed in *Dornfest* and *Ciullo*; and

- Declaration of Gregory M. Castaldo in Support of of Lead Plaintiffs' Memorandum of Law in Opposition to Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel Filed in *Dornfest* and *Ciullo*

to be filed with the Clerk of the Court on this date. Counsel has been served via notification from the CM/ECF system and via Email as listed below. I further certify that non-registered

counsel was served the forgoing documents via U.S. Mail as listed below.

Dated: April 1, 2010

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
 /s/ Sharan Nirmul
Sharan Nirmul
Email: snirmul@btkmc.com
280 King of Prussia Road
Radnor PA 19087
(610) 667-7706
Fax: (610) 667-7056

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class*

## SERVICE LIST: (via ECF and Email)

William Bernard Federman, Esq.
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, Oklahoma 73102
wbf@federmanlaw.com

*Attorneys for Plaintiff Michael R. Bahnmaier*


Jeffrey H. Squire, Esq.
Lawrence P. Eagel, Esq.
Raymond A. Bragar, Esq.
Bragar Wexler Eagle & Squire, P.C.
885 Third Avenue, Ste. 2800
New York , New York 10022
squire@bragarwexler.com
eagel@bragarwexler.com
bragar@bragarwexler.com

*Attorneys for Plaintiff Charles N. Dornfest*

Robin F. Zwerling
Zwerling, Schachter & Zwerling (NYC)
41 Madison Avenue
32nd Floor
New York, NY 10010
rzwerling@zsz.com

*Attorney for Plaintiffs Joanna Ciullo and Kenneth A. Ciullo*

Samuel Howard Rudman, Esq.
David Avi Rosenfeld, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road Suite 200
Melville , New York 11747
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

*Attorneys for Plaintiff Iron Workers of Western Pennsylvania Pension Plan*

Robert I. Harwood, Esq.
Peter W. Overs, Jr., Esq.
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, New York 10022
rharwood@hfesq.com
povers@hfesq.com

Lee Squitieri, Esq.
Stephen John Fearon Jr, Esq.
Caitlin Duffy, Esq.
Garry Thomas Stevens Jr., Esq.
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
lee@sfclasslaw.com
stephen@sfclasslaw.com
caitlin@sfclasslaw.com
garry@sfclasslaw.com

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
Nick Styant-Browne, Esq.
HAGENS BERMAN STOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
andrew@hbsslaw.com
nick@hbsslaw.com

*Plaintiffs' Lead Counsel for Consolidated ERISA Action*

Lewis Kahn, Esq.
Albert M. Myers, Esq.
Kevin Oufnac, Esq.
KAHN SWICK & FOTI LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
lewis.kahn@kgscounsel.com
albert.myers@kgscounsel.com
kevin.oufnac@kgscounsel.com

Michael Swick, Esq.
12 East 41st Street, 12th Floor
New York, New York 10017
michael.swick@kgscounsel.com

Maya Saxena, Esq.
Joseph E. White III, Esq.
Christopher S. Jones, Esq. Lester R. Hooker, Esq.
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, Florida 33431
msaxena@saxenawhite.com
jwhite@saxenawhite.com
cjones@saxenawhite.com
lhooker@saxenawhite.com

*Plaintiffs' Lead Counsel for Consolidated Derivative Action*

Eric M. Roth, Esq.
Peter C. Hein, Esq.
Andrew C. Houston, Esq.
Jonathan E. Goldin, Esq.
Keola R. Whittaker, Esq.
Rodman K. Forter, Esq.
Stephen C. Szczerban, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd St.
New York, New York 10019
emroth@wlrk.com
pchein@wlrk.com
achouston@wlrk.com
jgoldin@wlrk.com
krwhittaker@wlrk.com
rkforter@wlrk.com
scszczerban@wlrk.com

Richard W. Clary, Esq.
Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
rclary@cravath.com
jnorth@cravath.com

Lawrence Portnoy, Esq.
Charles S. Duggan, Esq.
Douglas K. Yatter, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

lawrence.portnoy@davispolk.com
charles.duggan@davispolk.com
douglas.yatter@davispolk.com

Andrew Levander, Esq.
David Hoffner, Esq.
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Andrew.Levander@dechert.com
David.Hoffner@dechert.com

Stuart Baskin, Esq.
Adam S. Hakki, Esq.
Herbert S. Washer, Esq.
Terence Gilroy, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
sbaskin@shearman.com
ahakki@shearman.com
herbert.washer@shearman.com
terence.gilroy@shearman.com

Jennie Boehm Krasner, Esq.
DECHERT LLP
P.O. Box 5218
Princeton, New Jersey 08540
Jennie.krasner@dechert.com

Richard C. Pepperman II, Esq.
Tracy Richelle High, Esq.
Jennifer Margaret Sheinfeld, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
peppermanr@sullcrom.com
hight@sullcrom.com
sheinfeldj@sullcrom.com

Richard D. Bernstein, Esq.
Michael Steven Schachter, Esq.
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
rbernstein@willkie.com
mschachter@willkie.com

Lewis J. Liman, Esq.
Mitchell A. Lowenthal, Esq.
Shawn Joseph Chen, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
1 Liberty Plaza
New York, New York 10006
lliman@cgsh.com
mlowenthal@cgsh.com
schen@cgsh.com

Jonathan D. Polkes, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
jonathan.polkes@weil.com

Daniel C. Zinman, Esq.
David W.T. Daniels, Esq.
Ryan E. Mensing, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
dzinman@rkollp.com
ddaniels@rkollp.com
rmensing@rkollp.com

James N. Benedict, Esq.
Sean M. Murphy, Esq.
Andrew W. Robertson, Esq.
Michael B. Weiner, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
jbenedict@milbank.com
smurphy@milbank.com
arobertson@milbank.com
mweiner@milbank.com

David William Tod Daniels, Esq.
Daniel C Zinman, Esq.
SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
ddaniels@rkollp.com
dzinman@rkollp.com

*Attorneys for Defendants*