USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE AND
EMPLOYMENT RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION

Master File No. 09 MDL 2058 (PKC)

ECF CASE

This Document Relates To:
The Consolidated Securities Action

Electronically Filed

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennie B. Krasner, hereby respectfully withdraws her appearance as counsel for defendant John Thain and requests removal from service of any further pleadings in connection with the above-captioned matter. The undersigned is no longer employed by or otherwise affiliated with Dechert LLP, counsel of record for defendant. The appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
       June 21, 2012

Respectfully Submitted

By: *Jennie B Krasner*
    Jennie B. Krasner

SO ORDERED:
*/s/*
U.S.D.J.   6/26/12

14269312